

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 18, 2021

**VIA ECF**

| |
|---|
| USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 3/18/2021 |

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   *United States v. Khalil Suggs*, **20 Cr. 213 (MKV)**

Dear Judge Vyskocil:

The parties jointly request that the plea hearing in the above-referenced case presently scheduled for March 19, 2021 be adjourned for approximately one week. The parties are both available on March 26, 2021 either before or after the Court's change of plea hearing scheduled for 12:30 p.m. on that day. (*See* Dkt. 133).

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: ___/s/_____
Allison Nichols
Jamie Bagliebter
Assistant United States Attorneys
(212) 637-2366 / 2236

cc:   Christopher Conniff, Esq. (via ECF)
        Counsel to Khalil Suggs

> GRANTED. The change of plea hearing scheduled for March 19, 2021 is adjourned. The Court will contact the Parties to schedule a new date for the conference.
>
> SO ORDERED
> Date: 3/18/2021                    *Mary Kay Vyskocil*
> New York, New York              Mary Kay Vyskocil
>                                              United States District Judge