UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

CONSENT TO PROCEED BY VIDEO
CONFERENCE OR TELEPHONE
CONFERENCE

-v-

1:20 -CR- 213 (MKV) (__)

Khalil Suggs
    Defendant(s).
-----------------------------------------------------------------X

Defendant __Khalil Suggs_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

__X__ ~~Misdemeanor~~ Plea/Trial/Sentence  (Felony Plea)

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defense Counsel's Signature

_Khalil Suggs_____
Print Defendant's Name

Christopher P. Conniff
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__4/1/21_____
Date

_Mary Kay Vyskocil_____
U.S. District Judge/U.S. Magistrate Judge