UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

KHALIL SUGGS,

Defendant.

1:20-cr-00213 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

ORDERED that Defendant Khalil Suggs is hereby remanded to the custody of the United

States Marshal.

**SO ORDERED.**

**Date: May 5, 2021**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**