```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/1/21
```

UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,   1:20-cr-00213 (MKV)

        -against-   **ORDER**

KHALIL SUGGS,

        Defendant.

---

MARY KAY VYSKOCIL, United States District Judge

    Sentencing for Khalil Suggs is scheduled for 9/7/2021 at 10:00 AM before Judge Mary Kay Vyskocil. The proceeding will take place in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 18C.

    Interested parties may join remotely by dialing 888 278-0296 using access code 5195844.

**SO ORDERED.**

Date: September 1, 2021

                                              MARY KAY VYSKOCIL
                                              United States District Judge